**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| OMAR ABDI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., TD BANK USA, N.A., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00601-BJR<br><br>**STIPULATED MOTION FOR AN EXTENSION OF TIME FOR TD BANK N.A. TO ANSWER , MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

STIPULATED MOTION FOR
AN EXTENSION OF TIME
FOR TD BANK N.A. TO
ANSWER, MOVE, OR
OTHERWISE RESPOND TO
THE COMPLAINT

DUANE MORRIS LLP
Columbia Tower
701 Fifth Avenue, 42nd Floor
Seattle, WA 98104

WHEREAS, Plaintiff filed his Complaint in the Western District of Washington (Seattle) on April 3, 2025. [Dkt. 1]. Defendant TD Bank N.A. ("TD Bank") waived service on April 14, 2025, allowing TD Bank 60 days from that date to either file and serve an answer or motion by June 13, 2025. [Dkt. 4].

WHEREAS, Plaintiff and TD Bank (the "Parties") have met and conferred and expect that they can reach an early resolution of this matter with additional time.

WHEREAS, this stipulated motion is made in advance of the expiration of TD Bank's relevant response deadline, to request a 30-day extension of time for TD Bank to answer, move, or otherwise respond to the Complaint, up to and including July 14, 2025.

WHEREAS, this is TD Bank's first request for an extension of time, which is made for good cause to allow the parties to resolve the case and conserve judicial resources.

NOW THEREFORE, TD Bank and Plaintiff, by and through their counsel, hereby stipulate and agree that TD Bank's deadline to file a response to the Complaint shall be extended up to and including July 14, 2025, to give the parties sufficient time to continue early resolution discussions.

Accordingly, the Parties respectfully request that the Court grant this motion and allow TD Bank a 30-day extension of time, up to and including July 14, 2025, to answer, move or otherwise respond to the Complaint.

STIPULATED MOTION FOR AN EXTENSION OF TIME FOR TD BANK N.A. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT
Case No. 2:25-cv-00601-BJR

Page No. 1

DUANE MORRIS LLP
Columbia Tower
701 Fifth Avenue, 42nd Floor
Seattle, WA 98104

DATED:  June 11, 2025     **DUANE MORRIS LLP**

By:*/s/ Lauren M. Case*
Lauren M. Case, WSB No. 49558
DUANE MORRIS LLP
701 Fifth Avenue
Columbia Tower, 42nd Floor
Seattle, WA  98104
Telephone: +1 415 957 3024
E-mail:lmcase@duanemorris.com

*Attorney for Defendant*
TD BANK, N.A.

**SANDERS LAW GROUP**
By:*/s/ Craig Sanders*
Craig B. Sanders, Esq.
333 Earle Ovington Boulevard | Suite 402
Uniondale, NY 11553
Office: 516.203.7600
Fax: 516.282.7878
Email: csanders@sanderslaw.group

*Attorney for Plaintiff*
OMAR ABDI

STIPULATED MOTION FOR AN EXTENSION OF TIME FOR TD BANK N.A. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT
Case No. 2:25-cv-00601-BJR

Page No. 2

DUANE MORRIS LLP
Columbia Tower
701 Fifth Avenue, 42nd Floor
Seattle, WA 98104

**ORDER**

The Stipulated Motion for an Extension of Time for TD Bank to Answer, Move, or Otherwise Respond to the Complaint is GRANTED.

TD Bank now has up to and including <u>July 14, 2025</u>, to answer, move or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

DATED this 11th day of June 2025.

*[signature]*

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

**DUANE MORRIS LLP**
By: */s/ Lauren M. Case*
Lauren M. Case, WSB No. 49558
DUANE MORRIS LLP
701 Fifth Avenue
Columbia Tower, 42nd Floor
Seattle, WA  98104
Telephone: +1 415 957 3024
E-mail: lmcase@duanemorris.com

*Attorney for Defendant*
TD BANK, N.A.

**SANDERS LAW GROUP**
By: */s/ Craig Sanders*
Craig B. Sanders, Esq.
333 Earle Ovington Boulevard | Suite 402
Uniondale, NY 11553
Office: 516.203.7600
Fax: 516.282.7878
Email: csanders@sanderslaw.group

*Attorney for Plaintiff*
OMAR ABDI

STIPULATED MOTION FOR AN EXTENSION OF TIME FOR TD BANK N.A. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT
Case No. 2:25-cv-00601-BJR

Page No. 3

DUANE MORRIS LLP
Columbia Tower
701 Fifth Avenue, 42nd Floor
Seattle, WA 98104